**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

(1) ATALIE HAMIL, an individual, )
                                               )
    Plaintiff,                              )
                                               )
v.                                               )     Case No. 17-cv-669-CVE-FHM
                                               )
(1) METROPOLITAN GROUP )
PROPERTY AND CASUALTY )
INSURANCE COMPANY, a Foreign )
For-Profit Corporation, and )
(2) JOHN DOE, a business entity, and )
(3) JANE DOE, an individual, )
                                               )
    Defendants.               )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

      Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,


*s/Samuel T. Perrine*
John Paul Truskett, OBA # 20550
Samuel T. Perrine, OBA # 32165
Truskett Law Firm PLLC
2202 E. 49th St. Ste 400
Tulsa, OK 74105
Tele:    (918)-392-5444
Fax:    (918)-856-3676
john@truskettlaw.com
*Attorneys for Plaintiff*


*s/Tim D. Cain*
Tim D. Cain, OBA #11779
Wilson, Cain & Acquaviva
300 NW 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: 405-236-2600; Fax: 405-236-2607
Email: TimC@wcalaw.com
*Attorney for Defendant*
*Metropolitan Group Property and Casualty*
*Insurance Company*